UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                            :

HENRY H. BRECHER, Individually And On  :     No. 06-CV-15297 (TPG)
Behalf Of All Others Similarly Situated,     :
                            :     ECF CASE
                      Plaintiff,  :
                            :

    v.                              :

REPUBLIC OF ARGENTINA,        :

                    Defendant.  X
-------------------------------------------------------

## DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

    I, Jeniphr Breckenridge, declare under 28 U.S.C. § 1746 and the laws of perjury in the State of Washington as follows:

    1.    I am a partner of the law firm of Hagens Berman Sobol Shapiro LLP, counsel for Henry H. Brecher, the plaintiff in this action, and the proposed class. I make this declaration in support of Plaintiff's Motion for Class Certification.

    2.    Attached hereto as Exhibit A is a true and correct copy of the statement from Creditanstalt, dated December 31, 2007, confirming Mr. Brecher's beneficial interests in a bond issued by Argentina.

    3.    Attached hereto as Exhibit B is a true and correct copy a letter from Creditanstalt to Henry H. Brecher, dated January 17, 2005 regarding the exchange proposal.

-1-

4.     Attached hereto as Exhibit C is a true and correct copy of the résumé of Hagens Berman Sobol Shapiro LLP.

5.     Attached hereto as Exhibit D is a true and correct copy of the résumé of Robert A. Skirnick of Meredith Cohen Greenfogel & Skirnick, P.C.

6.     Attached hereto as Exhibit E is a true and correct copy of a letter from Robert Gaudet to Edmond F. Leedham, as trustee for the Republic of Argentina, dated December 22, 2006 (without attachments).

7.     Attached hereto as Exhibit F is a true and correct copy of the Trust Deed, dated July 27, 1993 between the Republic of Argentina and Chase Manhattan Trustees Limited.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2008 in Seattle, Washington.


/s/ Jeniphr Breckenridge
Jeniphr Breckenridge