**Bank Austria**
**Creditanstalt**                                         Member of UniCredit Group

                          **Statement of holdings**    as of  31.12.2007

                                    Security account no.      Sheet    1
                                    00870 890 100
                         L870       Henry H.Brecher

Herrn
Henry H. Brecher                    Name of securities account:
Apt.210, 125 W. Dodridge St.        Bez:Henry H.Brecher
COLUMBUS, OHIO 43202
USA
                                                              00874 L870


Dear Customer,                                      Vienna, 31.12.2007

We take pleasure in providing you with a list of the securities held in your safe custody account
in the reporting currency requested by you. We will assume that you are in agreement with this list
of securities if an objection is not dispatched within 4 weeks after receipt of this list.
(Decimal Point is Comma)

| ISIN | Nominal amount/units | | Market price in EUR |
|---|---|---|---|
| UNITS<br>AT0000764873 | 2.324,00 | PIA - CENTRAL EUROPE BOND<br>MITEIGENTUMSANTEILE (T)<br>WITH COUPON 8<br>DEPOSITORY Wien<br>Price in EUR 17,16 | CC<br><br><br><br>39.879,84 |
| EUR<br>XS0113833510 | 52.000,00 | 9,25% ARGENTINIEN, REPUBLIK<br>EO-MEDIUM-TERM NOTES 2000(04)<br>DEPOSITORY Brüssel<br>Price in % 32,40 | SA<br><br><br>16.848,00 |

---

Market value - total in reporting currency    EUR              56.727,84

| Valued items consist of | Share in % | Market price in EUR |
|---|---|---|
| Foreign Anleihen | 29,70 | 16.848,00 |
| Domestic Fondsanteile | 70,30 | 39.879,84 |

---

Although due care has been exercised in ascertaining all exchange rates, the bank does not assume
any responsibility for such information.
Indications of interest rates and maturities (subject to call features) according to offering terms.
We will be pleased to provide you with any other information you may require.
IC = Individual custody, CC = Collective custody, SA = Securities accounting




Yours sincerely

Bank Austria Creditanstalt AG


This statement is not signed by the bank

Firmenname/Company name: Bank Austria Creditanstalt AG, Firmensitz/Company location: 1030 Wien/Vienna, Vordere Zollamtsstrasse 13, Firmenbuchgericht/Register of Companies: Handelsgericht Wien, FN 150714p,  UID-Nr./VAT-Identification number: ATU51507409, DVR 0030066, BLZ: 12000, BIC: BKAUATWW, www.ba-ca.com