| | |
|---|---|
| BANK AUSTRIA<br>CREDITANSTALT | A member of the HVB Group |
| Mr. Henry H. Brecher<br>Apt. 210, 125 West Dodridge Street<br>COLUMBUS, OHIO 43202<br>USA | Branch Graz-Herrengasse<br>Herrengasse 15<br>8010 Graz<br>Tel.: 05 05 05 ext. 63831 |
| Your custody account no. 00870 890 100 | Graz, 17 January 2005 |

Dear Mr. Brecher:

We are presently holding EUR 52,000.00 of the following securities in your custody account for you:

ARGENTINE REPUBLIC
EO-MEDIUM-TERM NOTES 2000 (04)
ISIN: XS0113833510

As you have already been able to gather from the media, the Argentine Republic in the context of its debt restructuring has made an exchange proposal to the holders of securities with rights of exchange.

You now have the possibility to exchange your securities for Par debt securities (Pars), Discount debt securities (Discounts) or Quasi Par debt securities (Quasi-Pars). Please see the enclosure for the details.

The exchange period runs from 14 January 2005 to 25 February 2005 unless it is extended or reduced by Argentina at its option. Argentina reserves its right at its option not to accept securities with rights of exchange which are submitted for exchange.

Please contact your [bank] representative no later than the deadlines given in the enclosure if you wish to accept the offer.

If we do not receive an order from you by these deadlines we will undertake nothing in this matter.

With best regards,

Bank Austria Creditanstalt AG

Signature

Erwin Wolf

**Bank Austria Creditanstalt**

Ein Mitglied der HVB Group

Herrn
Henry H. Brecher
AP. 210 125 West Dodridge Street
COLUMBUS, OHIO 43202
USA

Filiale Graz-Herrengasse
Herrengasse 15
8010 Graz
Tel.: 05 05 05   Dw. 63831

Graz, 17.01.2005   *postmark 20.01.05*
*rec'd 24.01.05*

Ihr Depot Nr. 00870 890 100

Sehr geehrter Herr Brecher!

In Ihrem Depot verwahren wir derzeit EUR 52.000,00 der folgenden Wertpapiere für Sie:

ARGENTINIEN, REPUBLIK
EO-MEDIUM-TERM NOTES 2000(04)
ISIN: XS0113833510

Wie Sie bereits den Medien entnehmen konnten, hat die Republik Argentinien im Rahmen der Umschuldung ein Umtauschangebot für die Inhaber von umtauschberechtigten Wertpapieren beschlossen.

Sie haben nun die Möglichkeit Ihre Wertpapiere in Par-Schuldverschreibungen (Pars) Discount-Schuldverschreibungen (Discounts) oder Quasi-Par-Schuldverschreibungen (Quasi-Pars) zu tauschen. Die Details entnehmen Sie bitte der Beilage.

Die Umtauschfrist läuft vom 14.01.2005 bis zum 25.02.2005, soweit sie nicht nach freiem Ermessen von Argentinien verlängert oder verkürzt wird. Argentinien behält sich das Recht vor, eingereichte umtauschberechtigte Wertpapiere nach freiem Ermessen nicht zum Umtausch anzunehmen.

Bitte wenden Sie sich bis spätestens zu den in der Beilage angegebenen Weisungsterminen an Ihren Betreuer, wenn Sie das Angebot annehmen wollen.

Sollten wir bis zu diesen Terminen keinen Auftrag von Ihnen erhalten, werden wir in dieser Angelegenheit nichts unternehmen.

Mit freundlichen Grüßen

Bank Austria Creditanstalt AG

*[signature]*

Erwin Wolf

Allgemeine Informationen zum Thema Kapitalmaßnahmen erhalten Sie bei Ihrem Kundenbetreuer oder über das Börselexikon auf unserer Homepage www.ba-ca.com unter dem Kapitel "Börsen & Märkte".

Firmenname:
**Bank Austria Creditanstalt AG**
Firmensitz: 1030 Wien, Vordere Zollamtstraße 13, Firmenbuchgericht: Handelsgericht Wien,
FN 150714p, UID-Nr.: ATU51507409, DVR 0030066, BLZ: 12000, BIC: BKAUATWW, www.ba-ca.com

9003 - 06.04

## Umschuldung Republik Argentinien:
(14.Jänner 2005 bis 25. Februar 2005)

**Folgende neue Anleihen stehen zur Auswahl:**

| | Pars | Discounts | Quasi-Pars |
|---|---|---|---|
| Fälligkeit | 31.12.2038 | 31.12.2033 | 31.12.2045 |
| Maximalbetrag | $ 10 Mrd (kleiner/gleich 70%) | N.A. | ca. Peso 24,3 Mrd. |
| | $ 15 Mrd (mehr als 70%) | | |
| Kapitalrückzahlung | 20 gleiche Zahlungen (Peso inflationsabhängig) | 20 gleiche Zahlungen (Peso inflationsabhängig) | 20 gleiche Zahlungen (inflationsabhängig) |
| Zahlungstermine | 31.3. | 30.6. | 30.6. |
| | 30.9. | 31.12. | 31.12. |
| Rückzahlungsbeginn (Nominale) | 30.09.2029 | 30.06.2024 | 30.06.2036 |
| Verzinsung / **EUR** | 31.12.2003 - 31.03.2009: 1,20% | 7,82% (bar + kapitalisiert) Staffelung über die Laufzeit | N.A. |
| | 31.03.2009 - 31.03.2019: 2,26% | | |
| | 31.03.2019 - 31.03.2029: 3,38% | | |
| | 31.03.2029 - 31.12.2038: 4,74% | | |
| Verzinsung / **USD** | 31.12.2003 - 31.03.2009: 1,33% | 8,28% (bar + kapitalisiert) Staffelung über die Laufzeit | N.A. |
| | 31.03.2009 - 31.03.2019: 2,50% | | |
| | 31.03.2019 - 31.03.2029: 3,75% | | |
| | 31.03.2029 - 31.12.2038: 5,25% | | |
| Verzinsung / **Peso** | 31.12.2003 - 31.03.2009: 0,63% | 5,83% (bar + kapitalisiert) Staffelung über die Laufzeit | 3,31% (bar + kapitalisiert) |
| | 31.03.2009 - 31.03.2019: 1,18% | | |
| | 31.03.2019 - 31.03.2029: 1,77% | | |
| | 31.03.2029 - 31.12.2038: 2,48% | | |
| geltendes Recht | EUR: Englisch USD: New York Peso: Argentinien | EUR: Englisch USD: New York Peso: Argentinien | Peso: Argentinien |
| ISIN Codes - Einheit | EUR: XS0205540536 USD: US040114GN48 Peso: ARARGE03E170 | EUR: XS0205550170 US040114GP95 Peso: ARARGE03E196 | ARARGE03E204 |
| GDP-Linked Papiere angehängt | ja | ja | ja |

### Ad Par Bond

Für den Umtausch in Par Bonds gibt es folgende Regelungen:
1. Zeitpunkt
Orders, die bis zum 04.02.2005 beim Tenderagent in New York eintreffen, werden bevorzugt behandelt.
2. Größenordnung
Orders bis zu max. USD 50.000,--/EUR 40.000,-- werden bevorzugt behandelt. Für Kunden, die eine größere Order erteilen, erfolgt ein Splitting, der Bestand bis USD 50.000,--/EUR 40.000,-- wird bevorzugt zugeteilt. Der Rest wird je nach Verfügbarkeit der Emission behandelt.

Für Kunden, die in Par Bonds tauschen wollen, gibt es 4 Zuteilungsphasen, da es nur ein begrenztes Emissionsvolumen gibt:
1. Early Tender bis max. USD 50.000,--/EUR 40.000,--
2. Late Tender bis max. USD 50.000,--/EUR 40.000,--
3. Early Tender der gesplitteten Bestände über USD 50.000,--/EUR 40.000,-- (getrennte Zuteilung)
4. Late Tender der gesplitteten Bestände über USD 50.000,--/EUR 40.000,-- (getrennte Zuteilung)

Sobald das vorhandene Emissionvolumen für die Zuteilungsphase nicht mehr ausreicht, kommt es zu Kürzungen. Für das nicht zugeteilte Nominale kann es zu Zuteilungen von Discount Bonds kommen.

### Ad Discount Bond

Bei Umtausch in Discount Bonds erfolgt ein deutlicher Kapitalverzicht von bis zu zwei Drittel. Es erfolgt eine teilweise Kapitalisierung der Verzinsung, die über die Laufzeit variabel gestaffelt ist.

### Ad Quasi-Par Bond

Die Quasi-Par Bonds werden nur in Pesos begeben und sind im ersten Jahr (ab Settlementtag) nicht übertragbar.
Außerdem ist ein Minimumbetrag von USD 350.000,--/EUR 280.000,-- des berechtigten Wertpapiers erforderlich. Die Zuteilung erfolgt auf einer täglichen „first come, first serve" Basis. Die Zinsen werden bis 2013 kapitalisiert und danach bar ausgeschüttet.

### GDP-linked Papiere:

GDPs sind in unterschiedlicher Stückanzahl an den jeweiligen Bond gekoppelt. Eventuelle Zahlungen sind an das Erreichen bestimmter Kriterien (z.B. Bruttoinlandsprodukt) gekoppelt und erfolgen im Nachhinein. Die erste mögliche Zahlung ist der 15.12.2006, rückwirkend für das Jahr 2005. Die maximale Laufzeit endet am 15.12.2035, sofern nicht vorher tilgungsrelevante Kriterien eingetreten sind. 180 Tage nach Ausgabe werden die GDPs vom Originalbond abgetrennt und als eigenständiges Wertpapier im Depot dargestellt.

### Umtauschverhältnis:

Je nach Ausgangswährung der ursprünglichen Anleihe und Einrechnung von Zinsansprüchen kommen unterschiedliche Umtauschverhältnisse zur Anwendung.

| Währung ALT | Währung NEU | Anleihe | Umtauschverhältnis |
|---|---|---|---|
| **USD** | USD | Par | 1,000 |
| | | Discount | 0,337 |
| | ARS | Par | 2,918 |
| | | Discount | 0,983 |
| | | Quasi-Par | 2,040 |
| **EUR ( EUR bzw. alle Vorgängerwährungen z.B.: DM, LIT, ATS)** | EUR | Par | 1,000 |
| | | Discount | 0,337 |
| | ARS | Par | 3,672 |
| | | Discount | 1,238 |
| | | Quasi-Par | 2,567 |
| **GBP** | EUR | Par | 1,419 |
| | | Discount | 0,478 |
| | ARS | Par | 5,211 |
| | | Discount | 1,756 |
| | | Quasi-Par | 3,642 |
| **CHF** | EUR | Par | 0,64 |
| | | Discount | 0,216 |
| | ARS | Par | 2,351 |
| | | Discount | 0,792 |
| | | Quasi-Par | 1,643 |

**Währungen:**

Die neuen Anleihen werden nur in Euro, US-Dollar und argentinische Pesos aufgelegt. Seitens der Republik Argentinien wurde festgelegt, dass Gläubiger von US-Dollar Papieren nur in US-Dollar oder argentinische Pesos tauschen können. Alle anderen Gläubiger können nur in Euro oder argentinische Pesos tauschen.

Wir bitten Sie zu berücksichtigen, dass ein Umtausch in den argentinischen Peso zu eventuellen Kapitalverlusten oder – gewinnen aufgrund von Währungsschwankungen und Indexänderungen führen kann.

**Rechtliche Hinweise**

Die Republik Argentinien hat von der Veröffentlichung des Angebotes in Österreich Abstand genommen.

Das gegenständliche Angebot ist in Österreich gem. § 3 Abs. 1 Zi. 2 Kapitalmarktgesetz von der Prospektpflicht befreit.
Die Bank Austria Creditanstalt AG hat diese Unterlagen mit bestem Wissen und Gewissen aufgrund der verfügbaren Informationen erstellt. Für die Richtigkeit und Vollständigkeit der Angaben, Informationen und Erläuterungen kann jedoch seitens Bank Austria Creditanstalt AG keinerlei Haftung übernommen werden, da die Vollständigkeit, die Richtigkeit sowie die zugrundelegende Situation nicht überprüft und beurteilt werden kann. Die offizielle Unterlage ist der Prospekt in englischer Sprache, der auf der Homepage www.georgesonshareholder.com/argentinia abzufragen ist. Die von der Bank Austria Creditanstalt AG erstellte Informationsunterlage kann nicht als Ersatz für den Prospekt betrachtet werden; es sind nur die Angaben im Prospekt rechtsverbindlich.

Aufgrund der kaum einschätzbaren wirtschaftlichen Lage und der sehr langen Laufzeit der neu begebenen Anleihen ist es leider nicht möglich eine Einschätzung in Bezug auf die Auswahl der neuen Bonds abzugeben.
Wir weisen darauf hin, dass weder Argentinien, noch die Manager des Angebotes oder die Informationsstelle und die Umtauschstelle eine Einschätzung darüber abgegeben haben, ob die Bedingungen des Angebotes angemessen sind. Die Anleger müssen eine persönliche Entscheidung darüber treffen, ob und mit welchem Nennbetrag sie umtauschberechtigte Papiere zum Umtausch gegen neue Wertpapiere einreichen wollen.

Es wird vermutlich zu einer Einstellung der Börsenotiz kommen und jene Anleger, die an der Umschuldung nicht teilnehmen, könnten in der Folge ein illiquides Wertpapier haben.

**Vorgehensweise:**

Sofern Sie die Bedingungen der Umschuldung akzeptieren, bitten wir Sie, Ihren Auftrag mittels beiliegendem Formular bei Ihrem Kundenbetreuer zu erteilen.

Aus abwicklungstechnischen Gründen wurden eigene ISIN Codes (xxxxxxxxxxx Argentinien Umschuldung, dem Angebot unterstellte Stücke ) eröffnet. Sollten Sie das Angebot annehmen, werden bis zur Valuta die Anleihen auf Ihrem Depot unter diesem ISIN ausgewiesen.

**Weisungstermine:**

Aufgrund der oben angeführten Zuteilungsphasen hat der Zeitpunkt Ihres Auftrages Auswirkungen auf eine mögliche Zuteilung und wir ersuchen daher um Ihren Auftrag für den Umtausch in **Par-Bonds bis spätestens 01.02.2005 12:00 Uhr**, um diesen für die erste Zuteilungsphase weiterleiten zu können.

Quasi-Par Bonds werden auf einer täglichen Basis, „first come, first serve", zugeteilt. Investoren, welche in die Quasi-Par Bonds tauschen wollen, sollten möglichst rasch ihren Auftrag erteilen.

Sofern Sie Ihren Bestand in den **Discount Bond** tauschen möchten, bzw. für den Par Bond die frühzeitige und damit bevorzugte Zuteilungsphase nicht nutzen wollen, ersuchen wir Sie um Auftragserteilung **bis spätestens 22.02.2005 12:00 Uhr.**

**Bank Austria Creditanstalt**

Ein Mitglied der HVB Group

Auftrag zur Annahme des Umtauschangebotes
der Republik Argentinien
Umtauschfrist vom 14.01.2005 – 25.02.2005
**ACHTUNG: Weisungsschluss für bevorzugte Zuteilung der Par Bonds: 01.02.2005, 12:00 Uhr!**

Ich (Wir) ersuche(n) Sie, den oben angeführten Auftrag für folgendes Wertpapier durchzuführen:

---

Auftraggeber: HENRY H. BRECHER

Depot-Nummer: 00870 890 100  /lautend auf HENRY H. BRECHER

Verrechnung: erfolgt über das vorgemerkte Depotverrechnungskonto

ISIN des umtauschberechtigten Wertpapiers: XS0113833510

Whg. und Nominale: EUR 52,000,00

---

**Umtausch in:**
(Zutreffendes bitte ankreuzen)

☒ **Par Bond**             in Währung 1): EUR

☐ **Discount Bond**        in Währung 1): _____

☐ **Quasi Par Bond** 2)    in ARS (Argentinische Pesos)

1): Die Währung des neuen Wertpapiers kann nur die des umtauschberechtigten Wertpapiers (wobei gilt: MUM-Währungen = EUR) oder ARS (Argentinische Pesos) sein. **AUSNAHME:** Umtauschberechtigte Papiere in **GBP** und **CHF**: Neues Wertpapier nur in **EUR** oder **ARS** möglich.

2): Quasi Par Bonds werden nur in Argentinischen Pesos unter argentinischem Recht notieren. Der **Minimumbetrag** für den Umtausch in Quasi Par Bonds ist **USD 350.000,--** bzw. **EUR 280.000,--**.

---

**Im Falle eines Umtausches in ARS-Wertpapiere (Bonds in Argentinischen Pesos) weisen wir ausdrücklich auf das zusätzliche Währungsrisiko hin.**

Dieser Auftrag wurde in den Geschäftsräumen der Bank Austria Creditanstalt AG erteilt.

*[Signature]*                            NOT SUBMITTED
Kontomäßige Unterschrift des Auftraggebers    Anweiser/Sachbearbeiter/Paraphe/Sicherungsstempel

                                         _____   _____
                                         Datum            Tel.Nr. Sachbearbeiter

Kopie 1: Weiterleitung per Fax an 8811/Kapitalmaßnahmen Klappe 51836
Kopie: Kunde
Original: WP Tagesablage