UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
HENRY H. BRECHER, individually and
on behalf of all others similarly situated,

          Plaintiffs,

         – against –

THE REPUBLIC OF ARGENTINA,

          Defendant.
------------------------------------------------x
MARCELLO BARBONI, individually and
on behalf of all others similarly situated,

          Plaintiffs,

         – against –

THE REPUBLIC OF ARGENTINA,

          Defendant.
------------------------------------------------x

06 Civ. 15297 (TPG)

**ORDER**

06 Civ. 5157 (TPG)

On March 27, 2009, the court granted plaintiffs' motions for class certification in these cases and directed the parties to submit proposed class certification orders. The parties disagree as to the precise content of the orders. The court has reviewed the parties' arguments, and has determined that the Republic has made valid arguments regarding the class definitions. The court will therefore enter the orders proposed by the Republic.

      SO ORDERED.

Dated: New York, New York
      May 29, 2009

                                                  Thomas P. Griesa
                                                  U.S.D.J.