UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x
                          :

HENRY H. BRECHER, Individually and  :
on Behalf of All Others Similarly
Situated,                         :

                Plaintiff,    :

        – against –       :

THE REPUBLIC OF ARGENTINA,    :

             Defendant.   :

                          :
-------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/16

06-cv-15297 (TPG)

**ORDER**

## **ORDER**

Pursuant to the court's instructions on December 1, 2015, the Republic of Argentina and plaintiffs in the *Seijas* and *Brecher* class actions have agreed on a proof-of-claim form.  They have also agreed to take the following actions:

1. The class action plaintiffs shall disseminate the form to a list of potential class members maintained by Gilardi & Co.

2. The class action plaintiffs shall provide the form to DTC, Euroclear, and Caja de Valores, and request dissemination of the form through the mechanisms those entities maintain.  If, after engaging with DTC, Euroclear, and Caja de Valores, the class action plaintiffs believe that assistance from the Republic of Argentina is needed to implement these mechanisms, counsel for the class action plaintiffs and the Republic of Argentina shall meet and confer, and will present any unresolved issues to the court for determination.

3. The class action plaintiffs shall issue a press release over Businesswire at least twice.  This press release shall alert bondholders to contact counsel for the class action plaintiffs to obtain a proof-of-claim form.

In order to facilitate the evidentiary hearing scheduled for April 26, 2016, the class action plaintiffs must issue any Businesswire press releases no later than March 4, 2016.

This order shall apply solely to the parties in the *Seijas* and *Brecher* class actions.  It shall not apply to any other actions before this court where the Republic of Argentina is a defendant, including actions brought by the so-called "Lead Plaintiffs" and "Me-too Plaintiffs."

SO ORDERED.

Dated: New York, New York
      January 8, 2016

Thomas P. Griesa
United States District Judge