UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
HENRY H. BRECHER, Individually And On Behalf Of
All Others Similarly Situated,

        Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA,

        Defendant.
---------------------------------------------------------------- x

ORDER OF
SATISFACTION OF
JUDGMENT

06-CV-15297 (LAP)

  WHEREAS, Henry H. Brecher, on his own behalf and on behalf of the Class ("plaintiffs"), and the Republic of Argentina (the "Republic") entered into a Settlement Agreement on May 23, 2016 (the "Settlement Agreement"), ECF No. 108-1, under which plaintiffs agreed, *inter alia*, to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment in connection with the Bonds (the "Settlement Amount");

  WHEREAS, on April 27, 2017, the Court entered an Opinion and Order approving the Settlement Agreement, ECF No. 148;

  WHEREAS, on May 24, 2017, The Court entered a Final Judgment, ECF No. 150 (the "Final Judgment") against the Republic and in favor of plaintiffs with respect to plaintiffs' beneficial interest on certain defaulted bonds issued by the Republic (the "Bonds");

  WHEREAS, plaintiffs have transferred plaintiffs' interest in the Bonds to the Republic and accordingly no longer hold an interest in Bonds that are subject of the above-captioned case;

WHEREAS, in accordance with the Settlement Agreement, plaintiffs received the Settlement Amount;

WHEREAS, plaintiffs' Final Judgment has been fully satisfied by the Republic's payment to plaintiffs;

NOW, THEREFORE, upon entry of a Stipulation between plaintiffs and the Republic and an Order of Dismissal, the Final Judgment in this case is deemed to have been satisfied, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

_Loretta A. Preska_
United States District Judge
Dated: Sept. 26, 2017